IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMPANIA SUD AMERICANA DE VAPORES S.A.** : | CIVIL ACTION NO. 1:11-CV-1196 |
| : | |
| : | (Judge Conner) |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **SINOCHEM TIANJIN LIMITED** : | |
| **f/k/a SINOCHEM TIANJIN IMPORT** : | |
| **AND EXPORT CORP.** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 28th day of June, 2011, upon consideration of the Verified Complaint (Doc. 1) filed by Compania Sud Americana de Vapores S.A. ("CSAV") praying for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the declarations and papers submitted in support thereof (see Doc. 2), and the Court finding that the conditions for an action under Supplemental Rule B appear to exist, it is hereby ORDERED that:

1. The Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of U.S. $ 58,187,947 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf or otherwise for the benefit of Sinochem Tianjin Limited f/k/a Sinochem Tianjin Import and Export Corp. ("Sinochem Tianjin") by BIMAX Inc.

2. Any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which plaintiff CSAV shall be required to show why the attachment and garnishment should not be vacated or other relief granted.

3. A copy of this Order shall be attached to and served with the said Process of Maritime Attachment and Garnishment.

4. Following initial service, if any supplemental service of the Process of Maritime Attachment and Garnishment is required, if the garnishee does not consent to deem initial service continuous for a period of sixty (60) days or does not consent to supplemental service by verifiable electronic means, then any supplemental personal service shall have continuous effect for forty five (45) days.

5. Pursuant to Supplemental Rule B(1)(d)(ii)(C), process of attachment and garnishment may be personally served by a representative Dennis Richman's Services who is at least 18 years old and not a party to this action.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge